FILED

APR 1 3 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KING,                                          No. C 00-01988 SI

        Plaintiff,                          **ORDER**

    v.

LAMARQUE,

        Defendant.
_____/

        Since all parties are represented by counsel, this case shall be designated as an e.filing case and is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45,  Section VI of which requires that  all documents in such a case be filed electronically.

        Instructions and forms for registering as an ECF User as required by Section IV (A) of General Order 45, as well as other information regarding the Court's ECF program including General Order 45 itself, may be found on the Court's Web site at **ecf.cand.uscourts.gov**.

        A case management conference has been scheduled to occur on Friday, May 18, 2007, at 2:30 p.m. A joint case management conference statement shall be filed one week prior to the conference. Please report to Courtroom #10 on the 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94012.

        **IT IS SO ORDERED.**

Dated: 4/12/07

                              SUSAN ILLSTON
                              United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KING,

Plaintiff,

v.

LAMARQUE,

Defendant.
_____/

Case Number: CV00-01988 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward King J-74101 A1-147-L
MCSP
Mule Creek State Prison
P O Box 409000
Ione, CA 95640

Matthew Alger
Law Offices of Matthew Alger
290 Shaw Avenue
Suite A
Clovis, CA 93612

Morris Beatus
CA State Attorney General's Office
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102-7004

Richard W. Freeman
Law Offices of Richard W. Freeman Jr.
P.O. Box 4601
Santa Rosa, CA 95402

Dated: April 12, 2007

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk