| | |
|---|---|
| MATTHEW ALGER #132853<br>290 SHAW AVENUE, SUITE A<br>CLOVIS, CA 93612<br>TEL.: (559) 324-0310 | CORRECTED |

ATTORNEY FOR PETITIONER,
JAMES EDWARD KING

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES EDWARD KING,**<br><br>        Petitioner.<br><br>v.<br><br>**A. LAMARQUE, Warden,**<br><br>        Respondent. | No. C 00-01988 SI<br><br>**STIPULATION AND ORDER FOR ADVANCEMENT OF HEARING ON MOTION TO DISMISS**<br><br>Judge:    Hon. Susan Illston |

The motion of respondent, A. Lamarque, Warden, for dismissal of petitioner's amended petition for writ of habeas corpus is currently scheduled to be heard on March 28, 2008, at 9:00 a.m., in Courtroom 10. Because counsel for petitioner has filed papers in opposition to the motion nearly two months earlier than the January 17, 2008 deadline set by the court, the parties stipulate, through their respective counsel, that any papers in reply to the opposition shall be filed no later than January 25, 2008, and that the hearing on the motion be advanced to the date of either February 8, 2008 or March 7, 2008, provided that one of these dates is acceptable to the court.

IT IS SO STIPULATED.

Dated: November 28, 2007.           /s/ Matt Alger
                                                         MATTHEW ALGER
                                                         Attorney for Petitioner
                                                         JAMES EDWARD KING

| | |
|---|---|
| Dated: November ___, 2007. | /s/ Lisa Ashley Ott |
| | LISA ASHLEY OTT |
| | DEPUTY ATTORNEY GENERAL |
| | Attorney for Respondent |
| | A. LAMARQUE, WARDEN |

The Parties having stipulated to the advancement of the hearing on respondent's motion to dismiss petitioner's amended petition for writ of habeas corpus to either February 8, 2008 or March 8, 2008,

IT IS ORDERED that any papers in reply to petitioner's opposition to the motion to dismiss petitioner's amended petition for writ of habeas corpus be filed no later than January 25, 2008, that the March 28, 2008 hearing on the motion is vacated and that the motion be heard on _____ February 9, 2008 ~~February 8, 2008~~, 2008, on the 9:00 a.m. calendar, in Courtroom 10.

Dated: _____, 2007.

_/s/ Susan Illston_
U.S. DISTRICT JUDGE

King v. Lamarque, No. C 00-01988 SI
Stipulation and Order to Advance Hearing
on Motion to Dismiss                    2