| | |
|---|---|
| 1 | MATTHEW ALGER  #132853 |
|   | 290 SHAW AVENUE, SUITE A |
| 2 | CLOVIS, CA 93612 |
|   | TEL.: (559) 324-0310 |
| 3 | |
|   | ATTORNEY FOR PETITIONER, |
| 4 | JAMES EDWARD KING |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**JAMES EDWARD KING,**    )    No. C 00-01988 SI
                         )
         Petitioner.    )    **STIPULATION AND**
                         )    **[PROPOSED] ORDER FOR**
                         )    **SUBSTITUTION OF PARTIES**
   v.                    )
                         )
**RICHARD SUBIA, Warden,**    )
                         )
         Respondent.    )
_____  )    Judge:    Hon. Susan Illston

## **STIPULATION**

Petitioner James Edward King has been transferred to Salinas Valley State Prison and is now in the custody of Michael S. Evans, the warden of that prison. It therefore is stipulated by the parties, through their respective counsel, that Michael S. Evans be substituted for Richard Subia as the respondent in this litigation.

IT IS SO STIPULATED.

Dated: August 26, 2008.                              /s/ Matt Alger
                                                                           MATTHEW ALGER
                                                                           Attorney for Petitioner
                                                                           JAMES EDWARD KING

Dated: August ___, 2008.          /s/ Lisa Ashley Ott
                                  LISA ASHLEY OTT
                                  DEPUTY ATTORNEY GENERAL
                                  Attorney for Respondent
                                  RICHARD SUBIA, Warden

**ORDER**

The Parties having stipulated that Michael S. Evans, Warden, be substituted for Richard Subia, Warden, as the respondent in this action, and good cause appearing therefor,

IT IS ORDERED that Michael S. Evans, Warden, is substituted for Richard Subia, Warden, as the respondent.

Dated: _____, 2008.

_____
U.S. DISTRICT JUDGE

King v. Subua, No. C 00-01988 SI
Stipulation and Order to Substitute
Respondent                           2