IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD KING,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL S. EVANS, Warden,<br><br>    Respondent.    / | No. C 00-1988 SI<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR ORAL ARGUMENT** |

Petitioner has requested oral argument on his petition for habeas corpus. The Court agrees that oral argument is warranted and GRANTS petitioner's request. The Court also finds that an evidentiary hearing may be helpful to deciding petitioner's claim for ineffective assistance of counsel on the basis of his trial attorney's failure to consult a medical sexual assault expert and to present expert witness testimony in his defense. The Court directs the parties to advise the Court by letter brief as to their positions on whether an evidentiary hearing is necessary. They should also list the witnesses they would seek to call, should such a hearing be held. Petitioner shall file his brief by **February 17, 2009.** Respondent shall file his response by **February 24, 2009.** Oral argument will be calendared once the Court receives the parties' briefs.

**IT IS SO ORDERED.**

Dated: February 11, 2009

SUSAN ILLSTON
United States District Judge