MATTHEW ALGER #132853
290 SHAW AVENUE, SUITE A
CLOVIS, CA 93612
TEL.: (559) 324-0310

ATTORNEY FOR PETITIONER,
JAMES EDWARD KING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD KING,**<br><br>  Petitioner,<br><br> v.<br><br> **MICHAEL S. EVANS, Warden,**<br><br>  Respondent. | C 00-01988 SI<br><br>**PROPOSED ORDER GRANTING PETITIONER'S EX PARTE APPLICATION FOR AUTHORITY TO SUBPOENA WITNESSES AND HAVE U.S. MARSHAL SERVE SUBPOENAS AND PAY WITNESS FEES** |

For the reasons set forth in petitioner James Edward King's application for authority to issue subpoenas for witnesses and to have the United States Marshal serve those subpoenas and pay witness fees,

IT IS ORDERED THAT:

Petitioner's counsel is authorized to issue subpoenas ordering the persons listed below to appear and testify at the April 8, 2009 evidentiary hearing in this action; and

the United States Marshal serve those subpoenas and pay witness fees for the following witnesses.

1. John Howell
   630 Aromitas Road
   Aromas, California 95004
   Tel.: (831) 235-3798

2. Lee Coleman, M.D.
   1889 Yosemite Road
   Berkeley, CA 94707
   Tel.: (510) 526-5886

Dated: March ___, 2009.

_____
SUSAN ILLSTON
United States District Judge

2