IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD KING,

      Petitioner,

 v

MICHAEL S. EVANS, Warden,

      Respondent.
                                            /

No. C 00-01988 SI

**ORDER DENYING PETITIONER'S MOTION IN LIMINE**

Petitioner has filed a motion *in limine* to exclude the testimony of Dr. Valerie Barnes at the evidentiary hearing scheduled for April 8, 2009. Petitioner's motion is DENIED. Respondent may offer the testimony of Dr. Barnes.

**IT IS SO ORDERED.**

Dated: April 6, 2009

                                                     SUSAN ILLSTON
                                                     United States District Judge