United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD KING, | No. C 00-01988 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| MICHAEL S. EVANS, Warden | |
| Respondent. | |

The petition for writ of habeas corpus is granted.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: April 14, 2009

SUSAN ILLSTON
United States District Judge